NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KIM EDWARD LAUBE,**
*Plaintiff-Appellant,*

**v.**

**FURMINATOR, INC.,**
*Defendant-Appellee.*

2011-1241

Appeal from the United States District Court for the Central District of California in No. 10-CV-7328, Judge Ronald S.W. Lew.

## O R D E R

Having received no objection to this court's July 30, 2013 order,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

2                                          KIM LAUBE  V. FURMINATOR, INC.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


ISSUED AS A MANDATE: August 14, 2013

s21